USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/12/2024__

# GOTTLIEB & ASSOCIATES
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

August 12, 2024

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Tucker v. Playbill Enterprises Incorporated,*
      Case No.: 1:24-cv-4454

Dear Judge Torres,

The undersigned represents Henry Tucker, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Playbill Enterprises Incorporated, ("Defendant"). The undersigned respectfully requests that Your Honor's deadline to submit the proposed Case Management Plan and Scheduling Order by August 12, 2024 (Dkt. 7) as well as the Defendant's deadline to respond to the Complaint be extended for 60 days because Counsel for Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

GRANTED. By **October 14, 2024**, the parties shall submit their joint letter and proposed case management plan, and Defendant shall respond to the complaint.

SO ORDERED.

Dated: August 12, 2024
       New York, New York

ANALISA TORRES
United States District Judge